**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| Kamon Ross,<br>　　　　Plaintiff(s),<br><br>vs.<br><br>Osborne Family Enterprises, LLLP,<br>　　　　Defendant(s). | CIVIL ACTION FILE<br><br>NO.  1:21-cv-02110-AT |

## J U D G M E N T

This action having come before the court, Amy Totenberg, United States District Judge, *sua sponte* on this court's order dated August 14, 2023, and the court having ruled,  it is

**Ordered and Adjudged** that the action be **DISMISSED without prejudice** for want of prosecution and failure to comply with a court order.

Dated at Atlanta, Georgia this 25th day of August, 2023.


　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　By:　s/D. Burkhalter_____
　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
August 25, 2023
Kevin P. Weimer
Clerk of Court


By:  s/D. Burkhalter_____
　　　　Deputy Clerk